## Daulphin Hunter v. Kentucky Coke Company.

## Dick Thornsberry v. Kentucky Coke Company.

## J. Baker Dortch v. Kentucky Coke Company.

## James Griffith v. Kentucky Coke Company.

## Estil Fulkerson v. Kentucky Coke Company.

## Charlie Myers v. Kentucky Coke Company.

## Harry Woodburn v. Kentucky Coke Company.

(Decided November 6, 1925.)

Appeals from Ohio Circuit Court.

WILKINS & SPARKS and HEAVRIN, HEAVRIN & MARTIN for appellant.

A. D. KIRK, CLARENCE BARTLETT, GLOVER CARY and MATT O'DOHERTY for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Affirming.

The above seven cases are companion cases to that of James Decker v. Kentucky Coke Company, 211 Ky. 66, 276 S. W. —, and for the reasons therein stated, the judgment in each of these cases is affirmed.